Johnathon J. Puckett MQ10444
P.O. Box 999
Pinckneyville, IL 62274
618.357.9722
In Pro Per: Johnathon J. Puckett



FILED
CLERK U.S. DISTRICT COURT

SEP - 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

United States District Court
Central District of California

Johnathon J. Puckett          2:16-cv-02199-SVW-AGR

          v.

Peter Gene Hernandez

          Declaration For Entry Of Default

Johnathon Puckett, hereby declares:

          I am the plaintiff herein. The complaint herein was filled on the 21ST day of April, 2016.

          The court files and record herein show that Defendants were served by the United States Marshal with a copy of summons, and a copy of the Plaintiff's complaint on the 2nd of August, 2016.

          More than 20 days have elapsed since the date on which the Defendants herein were served with summons and a copy of Plaintiff's complaint, excluding the date thereof.

          The Defendants have failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or any defense which

it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Pinckneyville, Illinois on 30 August 2016.

Respectfully submitted
　　　Johnathon Puckett
　　　H01044
/s/ Johnathon Pickett
P.O. Box 999
Pinckneyville, IL 62274
Aug 30, 2016