# EXHIBIT 1

| Cry (Exhibit B to the Complaint) | Grenade (Exhibit C to the Complaint) |
|---|---|
| **Verse 1:** Said you were never gone leave my side Oh baby girl how could you lie, All the time we stored in love you played with my heart and misused my trust, I saw you with him thee other day you should have seen the look up on your face, You didn't even have on your ring how you could do this kind of thing, I was you and you were me but you let go of what used to be, My hearts in pain cause you cut me deep I toss and turn cause I can not sleep, What makes him so much better than me? Seems like your heart don't even beat, I'd travel for miles but you can't be reached so it's time that I set you free. "Oh I" "Oh I" | Easy come easy go, that's just how you live Oh, take, take, take it all but you never give Should've known you was trouble from the first kiss Had your eyes wide open, why were they open |
| | Gave you all I had and you tossed it in the trash You tossed it in the trash, you did To give me all your love is all I ever asked 'Cause |
| **Chorus:** I cry for you baby, but you don't hear me, I give you my all but you don't understand, I would die for you baby but you don't feel me, I gave you my heart But you didn't do the same. So now you crying, crying for me baby, you didn't give to me give to me Lady, So now its bye, bye baby, you played with my heart, but now you feel my pain | What you don't understand is I'd catch a grenade for ya Throw my hand on a blade for ya I'd jump in front of a train for ya You know I'd do anything for ya oh oh oh oh oh |
| **Verse 2:** I loved you and there is no doubt, But you left a bitter taste in my mouth, You had to tip toe through our house, Creeping in the dark like you a mouse, What I feel is so much shame, I wanted to give you my last name, but all you did was those games, What you thought I was a lame, we can't even talk no more, I'm changing the locks on the doors, you were the woman that I adored come to find out you were a whore, Pain is thee only thing that I feel, somebody tell me what's the deal I fight so hard against my will, I contemplate suicide with sleeping pills. | I would go through all this pain Take a bullet straight right through my brain Yes, I would die for you, baby But you won't do the same |
| | No, no, no, no |
| | Black, black, black and blue, beat me 'til I'm numb Tell the devil I said, hey, when you get back to where you're from Mad woman, bad woman, that's just what you are, yeah You'll smile in my face then rip the brakes out my car |
| **Chorus:** I cry for you baby, but you don't hear me, I give you my all but you don't understand, I would die for you baby but you don't feel me, I gave you my heart But you didn't do the same. So now you crying, crying for me baby, you didn't give to me give to me Lady, So its bye, bye baby, you played with my heart, but now you feel my pain | Gave you all I had and you tossed it in the trash You tossed it in the trash, yes, you did To give me all your love is all I ever asked |

1

**Bridge:** You brought an intruder into our house,
When you knew I would be out,
I introduced you as my spouse, I should have never open up my mouth,
But its all good because I found someone, and she said she's gone have my son,
And we plan on getting married someday; she gave me joy to replace my pain,
And I'm her shelter from the rain, and it's to you that I owe my thanks,
Because without you it wouldn't be this way, so I'm thankful on this day.

**Chorus:** I cried for you baby, but you didn't hear me
I gave you my all, but you didn't understand,
I would have died for you baby, but you didn't feel me,
I gave you my heart, but you didn't do the same,
So now you cry, cry for me baby you didn't give to me give to me Lady,
So now it's bye, bye baby you played with my heart but now you feel my pain

'Cause

What you don't understand is
I'd catch a grenade for ya
Throw my hand on a blade for ya
I'd jump in front of a train for ya
You know I'd do anything for ya
Oooh
I would go through all this pain
Take a bullet straight right through my brain
Yes, I would die for ya, baby
But you won't do the same

If my body was on fire
Ooh, you'd watch me burn down in flames
You said you loved me, you're a liar
'Cause you never, ever, ever did, baby

But darling, I'd still catch a grenade for ya
Throw my hand on a blade for ya
I'd jump in front of a train for ya
You know I'd do anything for ya

I would go through all this pain
Take a bullet straight right through my brain
Yes, I would die for you, baby
But you won't do the same

No, you won't do the same
You wouldn't do the same
Ooh, you never do the same
No, no, no, no