# EXHIBIT 2



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = I would die for you
Search Results: Displaying 1 through 58 of 58 entries.



Resort results by: [Date (descending) ▼]       Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|-----------|------------------|------|
| [1] | I Would Die For You. | I Would Die For You. | TXu001904163 | 2014 |
| [2] | I Would Die For You. | I Would Die For You. | SRu001198451 | 2014 |
| [3] | I would die for you. | I would die for you. | SRu001150517 | 2013 |
| [4] | I WOULD DIE FOR YOU. | THINKIN BOUT YOU, et al. | SR0000725694 | 2013 |
| [5] | I Would DIe For You. | David Arthur Songs vol. 2. | SR0000735398 | 2012 |
| [6] | I Would Die For You. | Forgiveness, et al. | SRu001040022 | 2011 |
| [7] | I WOULD DIE FOR YOU. | I WOULD DIE FOR YOU. | PA0001921801 | 2011 |
| [8] | I would die (for you) / by Sparks & Sparks. | I would die (for you) / by Sparks & Sparks. | V3604D020 | 2011 |
| [9] | I Would Die For You. | I Would Die For You, et al. | SRu000964794 | 2010 |
| [10] | I would die for you. | I would die for you. | V3580D582 | 2009 |
| [11] | I would die for you -- | Songs by Anton Ryan, Volume 3. | SRu000984523 | 2009 |
| [12] | I Would Die for You: One Student's Story of Passion, Service, and Faith. | I Would Die for You: One Student's Story of Passion, Service, and Faith. | TX0006840038 | 2007 |
| [13] | I would die for you. | I would die for you. | PAu002990833 | 2005 |
| [14] | I would die for you / Composed by Herschel La Voyd Boone & Terena Jackson. | I would die for you / Composed by Herschel La Voyd Boone & Terena Jackson. | V3514D542 | 2004 |
| [15] | I would die for you | Urban legend ; Big spendin' ; I would die for you ; Clic clic POW ... [et al.] | PA0001209531 | 2003 |
| [16] | I would die for you / Co-composer, Terena Jackson. | I would die for you / Co-composer, Terena Jackson. | V3497D486 | 2003 |
| [17] | I would die for you / By Rick Ferrell & Rachel Proctor. | I would die for you / By Rick Ferrell & Rachel Proctor. | V3483D280 | 2002 |
| [18] | I would die for you / By Rick Ferrell & Rachel Proctor. | I would die for you / By Rick Ferrell & Rachel Proctor. | V3496D750 | 2002 |
| [19] | I would die for you / By Linda Salazar p.k.a. Ivy Williams & Markus Redmond. | I would die for you / By Linda Salazar p.k.a. Ivy Williams & Markus Redmond. | V3448D356 | 2000 |
| [20] | I would die for you / By Tim Pierce & Mark Robertson. | I would die for you / By Tim Pierce & Mark Robertson. | V3463D133 | 2000 |

| | | | | |
|---|---|---|---|---|
| ☐ [21] | I would die for you. | I would die for you. | PAu002452173 | 1999 |
| ☐ [22] | I would die for you. | I would die for you. By Markus Redmond, 1971-, Ivy Williams. | PAu002487646 | 1999 |
| ☐ [23] | I would die for you / by Markus Redmond, 1971-, and Ivy Williams. | I would die for you / by Markus Redmond, 1971-, and Ivy Williams. | PAu002395624 | 1999 |
| ☐ [24] | I would die for you. | I would die for you. | PAu002355415 | 1998 |
| ☐ [25] | I would die for you / By David Brighton, Mark Robertson & Tim Pierce. | I would die for you / By David Brighton, Mark Robertson & Tim Pierce. | V3413D847 | 1998 |
| ☐ [26] | I would die for you / By Tim Pierce & Mark Robertson. | I would die for you / By Tim Pierce & Mark Robertson. | V3411D522 | 1998 |
| ☐ [27] | I would die for you; motion picture / Producer: Two Stumps Up Productions. | I would die for you; motion picture / Producer: Two Stumps Up Productions. | V3425D359 | 1998 |
| ☐ [28] | I would die for you; motion picture / Producer: Two Stumps Up Productions. | I would die for you; motion picture / Producer: Two Stumps Up Productions. | V3425D360 | 1998 |
| ☐ [29] | I would die for you. | I would die for you. | SRu000360784 | 1997 |
| ☐ [30] | I would die (for you) | I would die (for you) Performed by Sparks / (In Through flood and fire) SR 125-926 (1991) | V3412D454 | 1997 |
| ☐ [31] | I would die for you / By David Brighton, Mark Robertson & Tim Pierce. | I would die for you / By David Brighton, Mark Robertson & Tim Pierce. | V3364P477 | 1997 |
| ☐ [32] | "I would die for you" : why kids stay in gangs. | "I would die for you" : why kids stay in gangs. | TX0004104507 | 1995 |
| ☐ [33] | I would die for you. | I would die for you. | PAu002032826 | 1995 |
| ☐ [34] | I would die for you. | I would die for you. | PAu002010264 | 1995 |
| ☐ [35] | I would die for you. | Living under June / Jann Arden. | SR0000215919 | 1995 |
| ☐ [36] | I would die for you -- | Up 'n away : the album / Mr. President. | SR0000241294 | 1995 |
| ☐ [37] | I would die for you / Co-writer: Ted Smith a.k.a. Greg Smith. | I would die for you / Co-writer: Ted Smith a.k.a. Greg Smith. | V3115P288 | 1995 |
| ☐ [38] | I would die for you / Co-writer: Ted Smith a.k.a. Greg Smith. | I would die for you / Co-writer: Ted Smith a.k.a. Greg Smith. | V3115P275 | 1995 |
| ☐ [39] | I would die for you. | I would die for you. | PAu001852664 | 1994 |
| ☐ [40] | I would die for you & 33 other titles / By C. Woodard & co-writer as noted. | I would die for you & 33 other titles / By C. Woodard & co-writer as noted. | V2984P481 | 1994 |
| ☐ [41] | I would die for you / By Billy Smiley & Tommy Sims. | I would die for you / By Billy Smiley & Tommy Sims. | V3011P146 | 1994 |
| ☐ [42] | I would die for you / Co-writer, P. Burke. | I would die for you / Co-writer, P. Burke. | V2984P481 | 1994 |
| ☐ [43] | I would die for you. | I would die for you. | V2886P502 | 1993 |
| ☐ [44] | I would die for you. | I would die for you. | PA0000612410 | 1993 |
| ☐ [45] | I would die for you. | I would die for you. | PAu001770266 | 1993 |
| ☐ [46] | I would die for you. | I would die for you. | V2729P157 | 1992 |
| ☐ [47] | I would die for you / By Billy Smiley & Tommy Sims. | I would die for you / By Billy Smiley & Tommy Sims. | V2762P451 | 1992 |
| ☐ [48] | I would die for you -- | Love or lust / Adeva. | SR0000137177 | 1991 |
| ☐ [49] | I would die for you -- | Promise of love / Brighton. | SR0000133212 | 1991 |
| ☐ | I would die for you / By Billy Smiley & Tommy | I would die for you / By Billy Smiley & Tommy Sims. | V2621P208 | 1991 |

| [ 50 ] | Sims. | | | |
|---|---|---|---|---|
| [ 51 ] | I would die (for you) | I would die (for you) | PA0000485930 | 1990 |
| [ 52 ] | I would die (for you) -- | Through flood and fire / Sparks. | SR0000125260 | 1990 |
| [ 53 ] | I would die (for you) -- | Through flood and fire / Sparks. | SR0000125926 | 1990 |
| [ 54 ] | I would die for you. | I would die for you. | V2366P054 | 1988 |
| [ 55 ] | I would die for you. | I would die for you. | V2403P099 | 1988 |
| [ 56 ] | I would die for you. | I would die for you. | V2366P057 | 1988 |
| [ 57 ] | I would die for you / Prince. | I would die for you / Prince. | PAu000613662 | 1984 |
| [ 58 ] | I would die for you | Best of Youssef Kassab. | SR0000019082 | 1980 |

Resort results by: Date (descending) ▼          Set Search Limits

Clear Selected | Retain Selected
◀ previous | next ▶



| Save, Print and Email (Help Page) | |
|---|---|
| Records | Select Format: Full Record ▼ | Format for Print/Save |
| ○ All on Page<br>⦿ Selected On Page<br>○ Selected all Pages | Enter your email address: _____ [Email] |

Search for: I would die for you     Search by: Title (omit initial article A, An, The, El, La, Das etc.) ▼     Item type: None ▼
100 records per page ▼                           Submit | Reset

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page