Michael J. Niborski (State Bar No. 192111)
*mniborski@pryorcashman.com*
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 556-9608
Fax: (310) 556-9670

Ilene S. Farkas (pro hac vice application forthcoming)
*ifarkas@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
Fax: (212) 798-6306

*Attorneys for Defendant*
ATLANTIC RECORDING CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON J. PUCKETT,<br><br>  Plaintiff,<br><br>vs.<br><br>PETER GENE HERNANDEZ; and ATLANTIC RECORDS,<br><br>  Defendants. | Case No. 2:16-cv-02199 SVW (AGRx)<br><br>**PROOF OF SERVICE OF NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** |

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA ) |
|   | ) |
| 3 | COUNTY OF LOS ANGELES ) |

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 1801 Century Park East, 24th Floor, Los Angeles, California 90067.

On October 14, 2016, I served the following documents described as:

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF ILENE S. FARKAS IN SUPPORT MOTION DISMISS COMPLAINT**

on the following individual:

> Johnathon J. Puckett
> M01044
> Pinckneyville Correctional Center
> P.O. Box 999
> Pinckneyville, Illinois 62274

**(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 14, 2016, at Los Angeles, California.

| Daralyn Kee Chong | */s/ Daralyn Kee Chong* |
|---|---|
| [Type or Print Name] | [Signature] |