UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-02199-SVW-AGR | Date | December 7, 2016 |
|---|---|---|---|
| Title | Johnathon J. Puckett v. Peter Gene Hernandez et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER re MOTION FOR ATTORNEY REPRESENTATION filed by plaintiff Johnathon J Puckett [35]

The motion is denied.

:

Initials of Preparer     PMC