MICHAEL J. NIBORSKI (State Bar No. 192111)
BENJAMIN S. AKLEY (State Bar No. 248686)
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670
mniborski@pryorcashman.com
bakley@pryorcashman.com

Ilene S. Farkas (admitted pro hac vice)
*ifarkas@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
Fax: (212) 798-6306

*Attorneys for Defendant*
ATLANTIC RECORDING CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON J. PUCKETT,<br><br>            Plaintiff,<br><br>    vs.<br><br>PETER GENE HERNANDEZ; and ATLANTIC RECORDS,<br><br>            Defendants. | Case No. 2:16-cv-02199 SVW (AGRx)<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
 )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 1801 Century Park East, 24th Floor, Los Angeles, California 90067.

On December 30, 2016, I caused served the following documents described as: **NOTICE OF LODGING OF [PROPOSED] JUDGMENT** and **[PROPOSED] JUDGMENT** on the following individual:

> Johnathon J. Puckett
> M01044
> Pinckneyville Correctional Center
> P.O. Box 999
> Pinckneyville, Illinois 62274

**(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 30, 2016, at Los Angeles, California.

| Elise Farotto | */s/ Elise Farotto* |
|---|---|
| [Type or Print Name] | [Signature] |