```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                           Jan 3, 2017

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY:    PMC      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON J. PUCKETT,<br><br>    Plaintiff,<br>vs.<br><br>PETER GENE HERNANDEZ; and<br>ATLANTIC RECORDS,<br><br>    Defendants. | Case No. 2:16-cv-02199 SVW (AGRx)<br><br>**JUDGMENT** |

Pursuant to the Court's IN CHAMBERS ORDER GRANTING DEFENDANT'S MOTION TO DISMISS filed December 21, 2016, and all other papers and pleadings submitted in this action,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff JOHNATHON J. PUCKETT's Complaint in this Action filed March 31, 2016 shall be dismissed in full with prejudice as against Defendant ATLANTIC RECORDING CORPORATION.

IT IS SO ORDERED.

Dated: January 3, 2017       By: _____
                                    United States District Judge