MICHAEL J. NIBORSKI (State Bar No. 192111)
*mniborski@pryorcashman.com*
BENJAMIN S. AKLEY (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Tel: (310) 556-9608
Fax: (310) 556-9670

Ilene S. Farkas (admitted pro hac vice)
*ifarkas@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
Fax: (212) 798-6306

*Attorneys for Defendant*
ATLANTIC RECORDING CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON J. PUCKETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PETER GENE HERNANDEZ; and ATLANTIC RECORDS,<br><br>　　　　Defendants. | Case No. 2:16-cv-02199 SVW (AGRx)<br><br>**NOTICE OF JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court entered the Judgment attached hereto on January 3, 2017

DATED: January 5, 2017                    PRYOR CASHMAN LLP

By: */s/ Benjamin Akley*
         Michael J. Niborski
         Benjamin S. Akley

*Attorneys for Defendant*
ATLANTIC RECORDING CORPORATION

**Pryor Cashman LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              Jan 3, 2017

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:    PMC        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON J. PUCKETT,<br><br>          Plaintiff,<br><br>     vs.<br><br>PETER GENE HERNANDEZ; and<br>ATLANTIC RECORDS,<br><br>          Defendants. | Case No. 2:16-cv-02199 SVW (AGRx)<br><br>**JUDGMENT** |

Pursuant to the Court's IN CHAMBERS ORDER GRANTING DEFENDANT'S MOTION TO DISMISS filed December 21, 2016, and all other papers and pleadings submitted in this action,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff JOHNATHON J. PUCKETT's Complaint in this Action filed March 31, 2016 shall be dismissed in full with prejudice as against Defendant ATLANTIC RECORDING CORPORATION.

IT IS SO ORDERED.

Dated: January 3, 2017     By: _____
                                United States District Judge

-1-

[PROPOSED] JUDGMENT