# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-02199-SVW-AGR | Date | January 17, 2017 |
|---|---|---|---|
| Title | Johnathon J. Puckett v. Peter Gene Hernandez et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION


The Court, on January 4, 2017, issued an order to show cause why this action should not be dismissed for lack of prosecution, as to all remaining defendants.  To date, plaintiff has failed to respond to the Court's order.  Therefore, the matter is dismissed.

:

Initials of Preparer                    PMC